# Exhibit A

**SGS**

Shoemaker Ghiselli + Schwartz LLC

Paul Schwartz
pschwartz@sgslitigation.com

1811 Pearl Street  |  Boulder, Colorado 80302  |  ph 303.530.3452  |  fx  303.530.4071  |  sgslitigation.com

VIA CERTIFIED MAIL

June 3, 2015

Hewlett-Packard Company
Attn:  John Schultz, General Counsel
3000 Hanover Street
Palo Alto, California 94304

Re:     Proposed Launch of New Version of UFT Product

**CEASE AND DESIST DEMAND**

Dear Mr. Schultz:

Our firm represents TurnKey Solutions Corp. ("TurnKey"), developer of the cFactory™ application and other products that are licensed to Hewlett-Packard Company ("HP") pursuant to the Software License and Distribution Agreement for Third Party Branded Products dated May 16, 2012 (the "OEM Agreement"). I am writing because it appears that a new version of HP's Unified Functional Testing ("UFT") product (the "New Version"), which we understand may be introduced to the market in the near future, improperly incorporates Confidential Information of TurnKey in violation of the OEM Agreement.  TurnKey accordingly demands that HP cease and desist from making, using, offering, or selling the New Version and any other product incorporating Confidential Information of TurnKey, and from inducing or permitting others to do the same, including but not limited to SAP SE or any of its affiliates.

By way of background, TurnKey is a privately-owned software development company based in Lakewood, Colorado.  TurnKey's computer engineers developed an innovative framework that allows users to test complex enterprise applications before bringing those applications to production. Since 1998, TurnKey has partnered first with Mercury Interactive Corporation, and then, following Mercury's acquisition by HP in 2007, with HP to provide automated testing applications that work with HP's Application Lifecycle Management ("ALM") platform. Throughout its partnership with HP, TurnKey has allowed HP access to commercially sensitive, proprietary, and confidential technical information, including source code, for many of its products, subject to appropriate restrictions and protections.

TurnKey's core product is cFactory™, an automated, programming-free, test component generator and maintenance application that works with HP's platform. TurnKey also offers a number of derivative products that work with cFactory™. Several of these products are "Accelerators," which contain pre-built content libraries, pre-built test cases, and specific key-



Shoemaker Ghiselli + Schwartz LLC

words and key-word libraries that are tailored to vendor platforms such as those of Oracle and SAP.

The TurnKey/HP partnership is governed by the OEM Agreement. Pursuant to that agreement, TurnKey has provided HP with virtually unlimited access to its suite of products, including its source code, to permit HP to fully understand how TurnKey products work within HP's platform. For example, TurnKey personnel have worked with HP's research and development personnel to ensure interoperability between TurnKey's products and new versions of HP's products for the benefit of the companies' common customers. TurnKey granted HP access to its Confidential Information subject to the confidentiality provisions of the OEM Agreement, in particular:

> 10.2   Confidential Information. During the term of this Agreement, either party may receive or have access to technical information, including without limitation source code, as well as information about product plans and strategies, promotions, customers and related non-technical business information which the disclosing party considers to be confidential and which is marked as confidential at the time of disclosure . . . .

> 10.3   Protection of Confidential Information. The receiving party will protect any such Confidential Information of the disclosing party by using the same degree of care, but no less than a reasonable degree of care, to prevent the unauthorized use, dissemination or publication of the Confidential Information as the receiving party uses to protects its own confidential information of like nature for a period of five (5) years from the date of disclosure, unless otherwise provided in this Agreement.

> 10.4   LICENSOR Source Code. *HP agrees to treat any*, source code, scripts, *key-words, key-word libraries, and methodologies provided by LICENSOR hereunder as Confidential Information of LICENSOR under this Section 10 for a period of five (5) years following termination or expiration of this Agreement.*

(Emphasis added.)

In August 2014, HP's product development team began to show particular interest in TurnKey's core technology, and began requesting detailed information about it. These requests coincided with the installation of Raffi Margaliot as HP's Senior Vice President and General Manager, Application Delivery Management.

In an August 19, 2014 email with the subject "Turnkey SAP Accelerator Overview," Tal Halperin Dayan, HP's UFT QA Group Manager, confirmed a meeting to which Turnkey's



Shoemaker Ghiselli + Schwartz LLC

President and CEO Dan Gannon had agreed. Ms. Halperin Dayan emphasized the purpose of the meeting: "[HP] would like to get more information about the capabilities Worksoft [a competitor in the SAP testing market] ha[s] and to try to address those capabilities we find most competitive to our offerings." Email from T. Halperin Dayan to D. Gannon (Aug. 19, 2014). Ms. Halperin Dayan copied this email to other HP research and development personnel, including Amir Wigelman, R&D Group Manager for HP Software, and Tsachi Ben Zur, Development Team Leader for UFT SAP R&D. *Id.* In response to this request, Mr. Gannon reminded Ms. Halperin Dayan that "TurnKey and HP are currently OEM partners, and TurnKey provides technology that is directly competitive with Worksoft." Email from D. Gannon to T. Halperin Dayan (Aug. 19, 2014). Thus, "in order for HP to compete directly with Worksoft, [HP] would essentially develop a product exactly like TurnKey's." *Id.* Ms. Halperin Dayan did not dispute Mr. Gannon's assertion. Instead, she assured Mr. Gannon that HP had no plans to develop a product that would replace or compete with TurnKey's and persisted in her requests for more TurnKey information.

Several attempts to schedule a meeting followed. In one email dated August 27, 2014, Ms. Halperin Dayan asked that the presentation be set to accommodate the schedules of Mr. Ben Zur and Mr. Wigelman, both research and development managers, whom she wanted to be present at the meeting. A couple of weeks later, on September 16, 2014, Ms. Halperin Dayan introduced Mr. Gannon via email to Eran Bachar, a project manager in HP's Business Process Testing ("BPT") unit, who she said wanted "to get more knowledge also about our current TurnKey integration (similar to the demo session you did with me in the past)." Email from T. Halperin Dayan to D. Gannon and E. Bachar (Sept. 16, 2014). The next day, Ms. Halperin Dayan wrote again and emphasized, "I really need your help in making [a meeting] happen somehow in the upcoming days." Among other things, she asked whether "there [was] anyone else that can help us [with an] overview of Turnkey solution"? Email from T. Halperin Dayan to D. Gannon (Sept. 17, 2014).

In late September 2014, Mr. Gannon received a request to meet personally in Palo Alto with Mr. Margaliot. During that meeting, on October 1, 2014, Mr. Margaliot told Mr. Gannon that SAP had informed HP that SAP was discontinuing internal development of its enterprise testing application (called "TAO") and had asked HP to develop a potential replacement offering. Fearing that failure to develop a solution for SAP quickly would cause HP to lose SAP's business to a competitor like Worksoft, Mr. Margaliot repeated HP's request that TurnKey provide HP with a detailed presentation and demonstration of the architecture and design of Turnkey's enterprise testing products. Mr. Margaliot assured Mr. Gannon that his team and TurnKey would work together to provide a solution to SAP. In reliance on Mr. Margaliot's and Ms. Halperin Dayan's assurances, including Mr. Margaliot's statement that the SAP offering presented a substantial business opportunity for TurnKey, as well as the confidentiality protections of the OEM Agreement, Mr. Gannon agreed to provide a deep dive into the technical details of TurnKey's software, which would include "a full demo and discussion." Email from T.



Healy to R. Margaliot, E. Herbert, D. Renginiano, B. Ravit, Y. Sayers, and Y. Levin (Oct. 3, 2014).

These detailed demonstrations and technical reviews took place on October 7 and 28, 2014, when Mr. Gannon and TurnKey's Pre-Sales Director, Brad Kallaway, gave two technical briefings to HP employees. Both were remote presentations by Mr. Gannon and Mr. Kallaway from TurnKey's offices in Colorado. HP personnel were located elsewhere, presumably in California and Israel. Mr. Margaliot was involved in the first meeting, as was Ravit Danino, HP's Senior Director of Product Management, and several members of HP's product management and product development teams. *See* Meet Now Attendees Lists (Oct. 7, 2014 and Oct. 28, 2014). The second meeting on October 28 was specifically held to accommodate Eran Bachar, who was unable to participate on October 7 and whom HP wanted to receive the TurnKey information. Also present for the October 28 meeting were Roy Wallerstein, an HP functional architect, and Megan Sheehan, a Senior Product Manager for HP. Pursuant to the OEM Agreement, TurnKey marked all materials used during the presentations with the legend "TurnKey Solutions Corp. Confidential." *See* PowerPoint Presentation (Oct. 6, 2014). Additionally, Mr. Gannon specifically cautioned the participants that the information being presented was confidential and proprietary to TurnKey and was not to be "distributed or disclosed in any form to any third party without written permission by TurnKey." PowerPoint Presentation (Oct. 27, 2014).

During both October presentations, TurnKey answered numerous questions posed by HP's product designers and gave a detailed explanation as to how TurnKey is able to make its testing software work in an HP environment. These details included specific information as to how TurnKey accomplishes some of its most valuable technical functions, such as:

- Autoparameterization: among other capabilities, this process auto generates parameters while creating an automation component and enables users to define data outside of the business component. It is one of the most innovative and valuable tools incorporated into TurnKey's cFactory™ product.

- Auto-generation of a data repository: this process is linked to the parameters defined in the autoparameterization and component creation processes. It automatically builds the external data structure that matches the component and associated parameters.

- Automatic detection of changes in a business application: this technology identifies changes in a business application under test by cross-comparing both the business/test automation component and object repository against the changed business application.

- Automated component generation methodology: TurnKey's core technology automatically generates components in application screens by evaluating objects



using an object repository to determine the automation steps to be included in a business component, with keywords defining specific actions stored in an application area which are assigned during the component generation process. Each object in the object repository is evaluated and the appropriate keyword then is assigned to each object based upon the object's unique properties.

- Proprietary keyword methodology/framework: using its keyword and keyword library methodology, TurnKey uses a keyword-based framework to streamline automation creation and maintenance. This keyword-based methodology, specific to an HP ALM environment, uses autoparameterization, a simplified component editor, and an external data driven management solution that includes auto-generation of the data repository and assisted test maintenance.

On December 5, 2014, at HP's Discover Conference in Barcelona, Spain, TurnKey learned for the first time that HP planned to launch a significant reworking of its UFT product—the New Version—that would include many of the same features as cFactory™. Notably, following HP's presentation on this subject, several conference participants (most of whom were industry experts) came to TurnKey's booth and commented about the striking similarities between the New Version and Turnkey's products.

At Mr. Gannon's request, on December 9, 2014, HP representatives, including Mr. Bachar and Gal Tunik, HP's Senior Product Line Manager, to whom Mr. Bachar reports, presented to Mr. Gannon a product roadmap for the New Version. At that point, it appeared to Mr. Gannon that the New Version was directly competitive with TurnKey's products, and he told them so. Mr. Gannon also followed up with Mr. Margaliot in an email on January 21, 2015 when he reiterated and expanded on his concerns about HP's plans: "I was both concerned and very disappointed to learn during a general presentation session in Barcelona about HP product development plans that directly conflict with our OEM relationship. . . . After reviewing the presentation from Barcelona, discussing with Megan Sheehan and Eran Bachar, as well as evaluating with our own legal counsel, it is clear that the current plans as we understand them represent a significant breach of our OEM agreement . . . and TurnKey's IP rights." Email from D. Gannon to R. Margaliot and R. Kaufman.

HP, however, continued to deny that it had any plans to develop products that were competitive with TurnKey's. For example, Mr. Margaliot told Rob Kaufman, who worked with Mr. Gannon in connection with the TurnKey/HP business relationship, that HP was "absolutely, positively not building a competitive product or offering," and claimed "not to have the resources to do it, and doesn't have a single dollar allocated to competing with TurnKey." Email from R. Kaufman to D. Gannon (Feb. 5, 2015). That same day, Mr. Margaliot left Mr. Gannon a voicemail stating: "I wanted to talk to you about [the Discover Conference] and assure you we are not building any competitive products to TurnKey."



Shoemaker Ghiselli + Schwartz LLC

In early March, when Mr. Gannon was in Palo Alto to give a business presentation to HP global software executives, he again met with Mr. Margaliot, who repeated his assurances that HP was not competing and had no plans to compete with TurnKey. On March 5, 2015, however, HP personnel including Gal Tunik, Eran Bachar, Meghan Sheehan, and Ravit Danino provided Mr. Gannon and Mr. Kallaway with a demonstration of the proposed New Version. There, it became clear that the New Version made use of TurnKey's Confidential Information in a number of ways. In particular, HP uses the same keyword and keyword library methodology as TurnKey to make the New Version function in an HP ALM environment. The New Version also uses autoparameterization in the same way as TurnKey and an externalized data repository that, like TurnKey's, is linked to the parameters generated from the autoparameterization process. Likewise, the New Version, just like TurnKey's core technology, automatically creates components using an object repository to determine the automation steps to be included in a business component, after which the appropriate keyword is assigned to the object based upon the properties of the object.[1] These methodologies are all identical to those underlying TurnKey's products. The technology that allows these features to operate can only be known to HP through the access TurnKey gave HP personnel to TurnKey's products subject to the OEM Agreement, including the deep dive presentations given by TurnKey personnel to HP's product managers and product developers in October 2014.

In sum, it is now evident that, despite Mr. Margaliot's false assurances, the New Version is a competitive product with TurnKey's software that incorporates TurnKey's Confidential Information. It does not merely incorporate independently developed ideas and concepts similar or identical to those contained in TurnKey's products, as provided in Section 10.5 of the OEM Agreement. Rather, the features incorporated into the New Version and the methodologies that underlie them (including proprietary, non-public information about how they work within the cFactory™ product) are exactly what TurnKey presented to HP's product managers and product developers during the October 7 and 28 technical briefings. Not coincidentally, those product developers are the same HP team that is responsible for creating the New Version. HP's "development" of a closely-overlapping product using product managers and product developers shortly after HP induced TurnKey to provide detailed technical information regarding cFactory to *those same product managers and product developers* while repeatedly making the false representation that HP was not developing a competitive product shows that HP improperly is using TurnKey Confidential Information in violation of the OEM Agreement and other applicable law.

It also is worth noting that TurnKey has filed for patent protection that may cover additional subject matter as well as some of the general concepts incorporated into the New Version. While

---

[1] Turnkey personnel attended HP's Discover Conference held on June 2, 2015 in Las Vegas, Nevada at which HP publicly unveiled the New Version. Based on HP's presentation, it is now clear that all of the features referenced above have been incorporated into the New Version.



those applications are still pending at this time, we reserve our right to revisit this issue as those applications progress and/or issue.

HP's improper use of TurnKey Confidential Information constitutes, at a minimum, breach of the confidentiality provisions of the OEM Agreement and unlawful misappropriation of TurnKey's trade secrets. In addition, HP fraudulently induced TurnKey to provide it with Confidential Information through Mr. Margaliot's and Ms. Halperin Dayan's multiple false assurances that HP had no plans to build a competitive product. To the extent HP provides the New Version or any other product that contains TurnKey's Confidential Information to SAP, SAP customers, or another third party, those entities also would be liable for, at a minimum, violation of trade secret laws and interference with TurnKey's rights under the OEM Agreement. In addition, TurnKey may not be aware of the full extent to which HP has made unlawful use of TurnKey's Confidential Information. Thus, TurnKey reserves the right to challenge other products under development by HP that also may violate the OEM Agreement and to assert other claims and demands. For all these reasons, TurnKey demands that HP cease and desist from making, using, offering, or selling the New Version.

TurnKey is willing to resolve this matter without the need for further action. To that end, please have your legal counsel contact me by June 17, 2015 to discuss this matter and address my client's concerns.

Yours sincerely,

Shoemaker Ghiselli + Schwartz LLC

By: Paul H. Schwartz

cc: Dan Gannon